BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

FILED

MAR 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CASE NO. 2:14-CR-0070 MCE
                          )
           Plaintiff,     ) VIOLATIONS: 21 U.S.C. § 841(a)(1)
                          ) - Distribution of Methamphetamine
      v.                  ) (2 counts); 21 U.S.C. § 853(a) -
                          ) Criminal Forfeiture
ARMANDO JIMENEZ,          )
    aka "AJ,"             )
                          )
           Defendant.     )
                          )
_____)

# I N D I C T M E N T

COUNT ONE:  [21 U.S.C. § 841(a)(1) - Distribution of
            Methamphetamine]

  The Grand Jury charges:  T H A T

                ARMANDO JIMENEZ,
                   aka "AJ",

defendant herein, on or about August 14, 2013, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally distribute at least 5 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

1

<u>COUNT TWO</u>: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

ARMANDO JIMENEZ,
aka "AJ,"

defendant herein, on or about September 12, 2013, in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute at least 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

<u>FORFEITURE ALLEGATION</u>:   [21 U.S.C. § 853(a) – Criminal Forfeiture]

1.   Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant ARMANDO JIMENEZ, aka "AJ," shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), the following property:

   a.   All right, title and interest in any and all property involved in violations of 21 U.S.C. § 841(a)(1), for which defendant is convicted, and all property traceable to such property, including the following:  all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used in, or intended to be used, any manner or part to commit or to facilitate the commission of the offenses.

   b.   A sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which defendant is convicted.

///

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

No. 2:14 CR-0070 MCE

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

ARMANDO JIMENEZ, aka "AJ"

## INDICTMENT

**VIOLATION(S):** 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (2 Counts); 21 U.S.C. §853(a) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA

―――――――――――――――――――
*Foreman.*

Filed in open court this __13th__ day of __March__, A.D. 20 __14__.

_____
*Clerk.*

Bail, $ **WARRANT: NO BAIL PENDING HEARING**

GPO 863 525

## SEALED PENALTY SLIP

**DEFENDANT:**          ARMANDO JIMENEZ, aka "AJ"

### COUNT 1

**VIOLATION:**          21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine

**PENALTY:**            5 to 40 years imprisonment,
$5,000,000 fine or both,
4 year term of supervised release

### COUNT 2

**VIOLATION:**          21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine

**PENALTY:**            10 years to life imprisonment,
$10,000,000 fine or both,
5 year term of supervised release

### FORFEITURE ALLEGATION

**VIOLATION:**          21 U.S.C. § 853(a) – Criminal Forfeiture

**PENALTY:**            As Indicated in the Indictment

**PENALTY ASSESSMENT:**  $100.00 assessment for each count