HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
ARMANDO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  Cr. S. 14-0070-MCE |
| Plaintiff, | ORDER REGARDING DEFENDANT'S PROPERTY |
| v. | |
| ARMANDO JIMENEZ, | Date: March 25, 2014 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Kendall J. Newman |

Mr. Jimenez is currently in federal custody.  The Court has ordered him released conditioned on the deposit of his passport with the Court.  The passport is located in Mr. Jimenez's car, which was seized and impounded at his arrest.  Mr. Jimenez's family has located the car at A-1 Towing, at 6653 Franklin Boulevard, in Sacramento, and provided that facility with a correctly completed and certified vehicle release form from Mr. Jimenez releasing the vehicle to his father, Macario Jimenez.  The tow lot refused to release the vehicle or allow the family to access it to retrieve the passport.  Accordingly, the defense proposes the attached order to the Court.  The government has indicated that it has no objection to this order.

DATED:         March  25, 2014           HEATHER E. WILLIAMS
                                          Federal Defender


                                          /s/  Rachelle Barbour
                                          RACHELLE BARBOUR
                                          Attorney
                                          Attorneys for ARMANDO JIMENEZ

ORDER

It is hereby ordered that A-1 Towing, at 6653 Franklin Blvd., Sacramento, allow Macario Jimenez, California Driver's License No. N6159831, to access the vehicle it is holding, a 2001 Acura MDX, registered owner ARMANDO JIMENEZ, for the purpose of retrieving ARMANDO JIMENEZ'S passport from that vehicle.

Dated:  March 25, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE