```
                                      FILED
                                  March 24, 2014
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                                    CALIFORNIA
                                     DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ARMANDO JIMENEZ, )<br>)<br>Defendant. ) | CASE NUMBER: 2:14-cr-00070-MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Armando Jimenez</u>; Case <u>2:14-cr-00070-MCE</u> from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of <u>$75,000.00</u>, co-signed by Macario Jimenez and Eliana Casillas

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Supervision/Conditions; Defendant must surrender his passport prior to release.</u> **Defendant to be released on 3/25/2014 at 9:00 AM to the custody of Pretrial Services.**

Issued at <u>Sacramento, CA</u> on <u>3/24/2014</u> at <u>2:30 PM</u>.

By _/s/ Kendall J. Newman_

Kendall J. Newman
United States Magistrate Judge