HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
ARMANDO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  Cr. S. 14-0070-MCE |
| Plaintiff, | STIPULATION AND ORDER ADDING PRETRIAL RELEASE CONDITION |
| v. | |
| ARMANDO JIMENEZ, | Judge: Hon. Kendall J. Newman |
| Defendant. | |

At the request of the Pretrial Services Office, the government and the defendant stipulate that the Court add the following additional condition to Mr. Jimenez's pretrial release:

> You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

DATED:     March  25, 2014                    HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/  Rachelle Barbour
                                              RACHELLE BARBOUR
                                              Attorney for ARMANDO JIMENEZ

/ / /

/ / /

/ / /

-1-

DATED: March 25, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Rachelle Barbour for
JILL THOMAS
Assistant United States Attorney

## ORDER

The Court hereby adds the following condition to Mr. Jimenez's pretrial release:

You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

IT IS SO ORDERED.

Dated: March 26, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE