UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 25, 2014

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:14-cr-00070-MCE |
| Plaintiff, ) | |
| v. ) | AMENDED ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ARMANDO JIMENEZ, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Armando Jimenez</u>; Case <u>2:14-cr-00070-MCE</u>

from custody and for the following reasons:

     __    Release on Personal Recognizance

     __    Bail Posted in the Sum of _____

     _X_    Unsecured Appearance Bond in the amount of <u>$75,000.00</u>, co-signed

          by Macario Jimenez and Eliana Casillas

     __    Appearance Bond with 10% Deposit

     __    Appearance Bond secured by Real Property

     __    Corporate Surety Bail Bond

     _X_    (Other) <u>Pretrial Supervision/Conditions; Defendant must surrender</u>

          <u>his passport prior to release.</u> **Defendant to be released on 3/26/2014**

          **at 9:00 AM to the custody of Pretrial Services.**

Issued at _Sacramento, CA_ on _____3/25/2014_____ at __2:00 PM_____ .

By _____

Kendall J. Newman
United States Magistrate Judge