AO 442 (Rev. 11/11) Arrest Warrant



71383-097

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
MAR 2 5 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Jimenez | ) Case No. 2:14-CR-00070 MCE |
| | ) |
| Defendant | ) |

UN**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Armando Jimenez aka "AJ"                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  21 U.S.C § 841(a)(1): Distribution of Methamphetamine


Date:    03/13/2014                                                                    _____/s/_____
                                                                                    Issuing officer's signature

City and state:    Sacramento, California                          G. Michel, Deputy Clerk
                                                                                    Printed name and title

### Return

| This warrant was received on (date) 3-14-14 , and the person was arrested on (date) 3/21/2014 |
| at (city and state) ISLETON, CALIFORNIA . |
| Date: 3-24-14 |
| _____/s/_____ |
| Arresting officer's signature |
| DAVE SIEBER, FBI |
| Printed name and title |