HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ARMANDO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  Cr.S. 14-0070-MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |
| v. | ) | |
| ARMANDO JIMENEZ, | ) | Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) | |

ARMANDO JIMENEZ by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and JILL THOMAS, Assistant United States Attorney, hereby agree and request that the conditions of pretrial release imposed in March 2014 be modified to remove the home confinement and electronic monitoring conditions.  An amended set of pretrial conditions provided by the Pretrial Services Office is attached, and the parties request that the Court impose them.  The Pretrial Services Office has indicated that Mr. Jimenez has been fully compliant since his release with no violations.  He has not violated his curfew, has been participating in the MRT program, randomly drug testing, participating in mental health counseling, checking in telephonically each week, and has been contacted at his home each month.  There is no mandated home confinement for his offense, and the Pretrial Services Office has requested that the parties file this stipulation requesting that his home confinement and electronic monitoring conditions be removed.

A proposed order is attached for the Court's convenience.

DATED: July 9, 2014                Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Rachelle D. Barbour
                                        RACHELLE D. BARBOUR
                                        Attorney for Defendant
                                        ARMANDO JIMENEZ

DATED: July 9, 2014                BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Rachelle Barbour for Jill Thomas
                                        JILL THOMAS
                                        Assistant United States Attorney

O R D E R

IT IS HEREBY ORDERED that the electronic monitoring and home confinement conditions previously imposed are hereby removed. The attached conditions of supervised release are imposed.

Dated: July 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE