HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ARMANDO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO JIMENEZ, <br><br> Defendant. | Case No.  Cr.S. 14-0070-MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date:   January 15, 2015 <br> Time:  9:00 a.m. <br> Judge: Hon. Morrison C. England Jr. |

ARMANDO JIMENEZ by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and JILL THOMAS, Assistant United States Attorney, hereby agree and request that the status conference set for November 6, 2014, be continued to January 15, 2015, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review provided discovery, conduct defense investigation, and discuss the case with Mr. Jimenez and the government.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from November 6, 2014 through January 15, 2015, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that

//

//

the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 3, 2014              Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ Rachelle D. Barbour
                                     RACHELLE D. BARBOUR
                                     Attorney for Defendant
                                     ARMANDO JIMENEZ

DATED: November 3, 2014              BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Rachelle Barbour for Jill Thomas
                                     JILL THOMAS
                                     Assistant United States Attorney

O R D E R

IT IS HEREBY ORDERED that this matter is continued to January 15, 2015, at 9:00 a.m., for further Status Conference. Pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from November 6, 2014 up to and including January 15, 2015, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: November 6, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT