HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ARMANDO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  Cr.S. 14-0070-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ARMANDO JIMENEZ, | Date:   April 23, 2015<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |
| Defendant. | |

ARMANDO JIMENEZ by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and JILL THOMAS, Assistant United States Attorney, hereby agree and request that the status conference set for March 19, 2015, be continued to April 23, 2015, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review provided discovery, conduct defense investigation, and discuss the case with Mr. Jimenez and the government.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from March 19, 2015 through April 23, 2015, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that

//

//

the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 16, 2015                     Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Rachelle D. Barbour
                                          RACHELLE D. BARBOUR
                                          Attorney for Defendant
                                          ARMANDO JIMENEZ


DATED: March 16, 2015                     BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Rachelle Barbour for Jill Thomas
                                          JILL THOMAS
                                          Assistant United States Attorney


O R D E R

IT IS HEREBY ORDERED that this matter is continued to April 23, 2015, at 9:00 a.m., for further Status Conference.  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4, the period from March 19, 2015 up to and including April 23, 2015, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT