HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ARMANDO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  Cr.S. 14-0070-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date:  May 28, 2015 |
| ARMANDO JIMENEZ, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England Jr. |

ARMANDO JIMENEZ by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and JILL THOMAS, Assistant United States Attorney, hereby agree and request that the status conference set for April 23, 2015, be continued to May 28, 2015, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review provided discovery, conduct defense investigation, and discuss the case with Mr. Jimenez and the government.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from April 23, 2015 through May 28, 2015, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that

//

//

the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  April 17, 2015  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle D. Barbour
RACHELLE D. BARBOUR
Attorney for Defendant
ARMANDO JIMENEZ

DATED:  April 17, 2015  BENJAMIN B. WAGNER
United States Attorney

/s/ Rachelle Barbour for Jill Thomas
JILL THOMAS
Assistant United States Attorney

O R D E R

IT IS HEREBY ORDERED that this matter is continued to May 28, 2015, at 9:00 a.m., for further Status Conference.  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from April 23, 2015 up to and including May 28, 2015, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  April 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT