1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Attorney
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   rachelle.barbour@fd.org
5
   Attorney for Defendant
6  ARMANDO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  Cr.S. 14-0070-MCE |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND ORDER TO<br>) CONTINUE STATUS CONFERENCE |
| v. | ) |
| ARMANDO JIMENEZ, | ) Date:  August 20, 2015<br>) Time:  9:00 a.m.<br>) Judge: Hon. Morrison C. England Jr. |
| Defendant. | ) |

ARMANDO JIMENEZ by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and JILL THOMAS, Assistant United States Attorney, hereby agree and request that the status conference set for July 16, 2015, be continued to August 20, 2015, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review provided discovery, conduct defense investigation, and discuss the case with Mr. Jimenez and the government.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from July 16, 2015 through August 20, 2015, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that

//

//

-1-

the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| DATED:  July 14, 2015 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ Rachelle D. Barbour<br>RACHELLE D. BARBOUR<br>Attorney for Defendant<br>ARMANDO JIMENEZ |
| DATED:  July 14, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Rachelle Barbour for Jill Thomas<br>JILL THOMAS<br>Assistant United States Attorney |

O R D E R

IT IS HEREBY ORDERED that this matter is continued to August 20, 2015, at 9:00 a.m., for further Status Conference.  Pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from July 16, 2015, up to and including August 20, 2015, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT