HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ARMANDO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ARMANDO JIMENEZ,  Defendant. | Case No.  Cr.S. 14-0070-MCE  AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE  Date:   November 5, 2015  Time:  9:00 a.m.  Judge: Hon. Morrison C. England Jr. |

ARMANDO JIMENEZ by and through his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, and JILL THOMAS, Assistant United States Attorney, hereby agree and request that the status conference set for October 1, 2015, be continued to November 5, 2015, at 9:00 a.m.

The reason for this continuance is that defense counsel needs additional time to review provided discovery, conduct defense investigation, and discuss the case with Mr. Jimenez and the government.  This continuance is necessary for the ongoing preparation of counsel.  Counsel, along with the defendant, agree that the time from October 1, 2015 through November 5, 2015, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that

//

//

the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  September 28, 2015            Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

                                               /s/ Rachelle D. Barbour
                                               RACHELLE D. BARBOUR
                                               Attorney for Defendant
                                               ARMANDO JIMENEZ

DATED:  September  28, 2015           BENJAMIN B. WAGNER
                                               United States Attorney

                                               /s/ Rachelle Barbour for Jill Thomas
                                               JILL THOMAS
                                               Assistant United States Attorney

O R D E R

     IT IS HEREBY ORDERED that this matter is continued to November 5, 2015, at 9:00 a.m., for further Status Conference.  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from October 1, 2015 up to and including November 5, 2015, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

     IT IS SO ORDERED.

Dated:  September 30, 2015

                                               _____
                                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                               UNITED STATES DISTRICT COURT